ORIGINAL

FILED

05/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

MAY 2 4 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

IN THE MATTER OF THE PETITION OF
KEVIN L. MILLER

Kevin L. Miller has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Miller's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken within three years preceding the date of the application for admission. Rule VII.A.9, Rules of Admission.

Miller passed the MPRE in 2006 when seeking admission to the practice of law in Ohio and went on inactive status in 2008. In 2007, Miller was admitted to the State Bar of Illinois and is currently an active member in good standing. The petition states that Miller has practiced law for 15 years "without any ethical or disciplinary issues in any jurisdiction." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Kevin L. Miller to waive the three-year test requirement for the MPRE for purposes of Miller's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 24th day of May, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices